IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02574-MSK-BNB

WASHINGTON GROUP
INTERNATIONAL, INC., an Ohio
corporation,

        Plaintiff,

v.

WESTMORELAND COAL
COMPANY, a Delaware corporation;
WESTMORELAND COAL SALES
COMPANY, a Delaware corporation;

and

T.C. DURHAM, individual; D.P.
KATHOL, individual; C.J. PRESLEY,
individual; R.W. STUCKI, individual;
R.O. PACE, individual; T. ROSSETTO,
individual; D.D. MYRAN, individual; L.
NGUYEN, individual; C. SEGLEM,
individual; R. JAEGER, individual

and

WESTMORELAND RESOURCES, Inc.,
a Delaware corporation, as nominal
defendant.

        Defendants.

---

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to

28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES, which require her

recusal in this matter.

**It is ORDERED** that the undersigned judge hereby recuses herself from hearing this matter.  The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 9th day of January 2006.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge